IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs                                                    CASE NO.  99-CR-00197-005 (DRD)

**RAFAEL CALDERON**
* * * * * * * * * * * * * * * * * * * * * *

ORDER TO SHOW CAUSE

**Upon petition of Carlina Cortés-Báez, Senior United States Probation Officer** of this Court, alleging that the offender, **Rafael Henández**, has failed to comply with his conditions of supervised release, it is

**ORDERED** that the offender appear before this Court on _____ 2005 to show cause, if there be any, why his term of supervised release on the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

At this hearing, the offender will be entitled:

1. **To the disclosure of evidence against him**
2. **To present evidence in his own behalf**
3. **To the opportunity to question witnesses against him.**
4. **To be represented by counsel**

The Clerk shall issue the corresponding summons to the offender, Rafael Hernández, and notify all corresponding parties with a copy of this **ORDER.**

In San Juan, Puerto Rico this_____ day of _____ 2005.

_____
CARMEN C. CEREZO
U.S. DISTRICT JUDGE