IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>1) CARLOS JUAN ANDUJAR-TORRES<br>2) MANUEL MENDEZ-MEJIAS<br>**3) RAFAEL HERNANDEZ-CALDERON**<br>4) LUIS GOMEZ-RODRIGUEZ<br><br>Defendants | CRIMINAL 99-0197CCC |

## O R D E R

The Motion Requesting a Show Cause Hearing and Issuance of a Summons filed by Senior United States Probation Officer Carlina Cortés-Báez on March 24, 2005 (docket entry 188) is referred to the U.S. Magistrate-Judge for a preliminary hearing and report and recommendation.

SO ORDERED.

At San Juan, Puerto Rico, on March 30, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge