IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                           DATE: 4-07-05

HONORABLE GUSTAVO A. GELPI, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ         CR. 99-197-05 (CCC)

C. REPORTER : FTR

USPO : RAUL GONZALEZ                    INT : HILDA GUTIERREZ
===============================================================

UNITED STATES OF AMERICA            AUSA- TIM HENWOOD

Plaintiff(s)

V.

RAFAEL HERNANDEZ                    AFPD-CARLOS VAZQUEZ

Defendant(s)
===============================================================

CASE CALLED FOR ORDER TO SHOW CAUSE HEARING. Defendant appears before the Court based on a summon issued by Magistrate Judge Gelpí on April 4, 2005. Arguments by both parties heard. After hearing the parties Magistrate Gelpí ordered that defendant's conditions of supervised release shall not be revoked. Defendant shall meet with the U.S. probation officer no later than April 15, 2005 and provide all information requested. The Court stressed that this is defendant's last opportunity.

                                                S/ Carlos J. Rodríguez
                                                Deputy Clerk